# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JAMES THOMAS POWELL** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Case No.: 8:18-cv-3683 |
| | * | |
| **PRINCE GEORGE'S COUNTY, MD, et al.** | * | |
| | * | |
| Defendants | * | |

### PLAINTIFF JAMES T. POWELL'S DISMISSAL OF CLAIMS AGAINST DEFENDANT ERNEST HAYLOCK

James T. Powell, Plaintiff, by his undersigned counsel, dismisses with prejudice all claims against the Defendant Ernest Haylock.

_____
Terrell N. Roberts, III, Esq.
*Attorney for Plaintiff*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301) 699-8706 Fax
troberts@robertsandwood.com

## **CERTIFICATE OF SERVICE**

This is to certify that on the 3rd day of October, 2019, the undersigned mailed a copy of a foregoing by United States Mail, postage prepaid to:

Russell King, Esq.
Assistant County Attorney
Office of Law for Prince George's County
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774

_____
Terrell N. Roberts, III, Esq.