UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JAMES THOMAS POWELL,

    Plaintiff,

v.

PRINCE GEORGE'S COUNTY,
MARYLAND and
OFFICER ERNEST HAYLOCK,

    Defendants.

Civil Action No. TDC-18-3683

## ORDER

On October 3, 2019, Plaintiff James T. Powell filed a Notice of Dismissal as to Defendant Officer Earnest Haylock. ECF No. 31. The Court having reviewed the Notice, Powell's claims against Officer Haylock will be dismissed with prejudice. On October 3, 2019, Powell also filed a Notice of Acceptance of Rule 68 Offer. ECF No. 30. The Court having reviewed the Notice, the Court will order that judgment be entered against Defendant Prince George's County, Maryland in the amount of $175,000.00, exclusive of reasonable attorney's fees and costs.

Accordingly, it is hereby ORDERED that:

1. Powell's claims against Defendant Officer Haylock are DISMISSED WITH PREJUDICE.

2. Judgment shall be ENTERED in favor of Powell and against Defendant Prince George's County, Maryland in the amount of $175,000.00, exclusive of reasonable attorney's fees and costs.

The Clerk is directed to close this case.

Date: October 3, 2019

                                                   THEODORE D. CHUANG
                                                   United States District Judge

2