IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES THOMAS POWELL | : | |
| Plaintiff | : | |
| v. | : | Civil Case No.: TDC-18-3683 |
| PRINCE GEORGE'S COUNTY, et al. | : | |
| Defendants | : | |

## MOTION TO AWARD ATTORNEY'S FEES AND COSTS

James T. Powell, plaintiff, by counsel, moves the Court for award of attorney's fees pursuant to 42 U.S.C. § 1988. *See*, Local Rule 109(2)(a).

1. On October 4, 2013, the Court entered judgment in favor of the plaintiff James T. Powell against defendant Prince George's County, Maryland in the amount of $175,000, "exclusive of attorney's fees and costs." The Judgment recited that the judgment was founded upon a Rule 68 offer that plaintiff accepted.

2. Under the Civil Rights Attorney's Fees Award Act of 1976 (42 U.S.C.§ 1988), the Court "may allow the prevailing party... a reasonable attorney's fees as part of the costs" in any action to enforce to enforce the provisions of 42 U.S.C. § 1983.

3. In the present lawsuit, plaintiff brought a claim under Sec. 1983 for the unlawful arrest and prosecution of the plaintiff without probable cause, which was in violation of the Fourth Amendment. Plaintiff recovered a judgment in which he succeeded in his claim and he is entitled to a fully compensable award of attorney's fees and litigation costs for under Sec. 1988.

4. This motion will be supported by a Memorandum which will be filed separately as required by Local Rule 109(2)(b).

Respectfully submitted,
**ROBERTS & WOOD**

_____/s/_____
Terrell N. Roberts, III
Attorney for Plaintiff
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301) 699-8706 Fax
troberts@robertsandwood.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Attorney's Fees was mailed by first-class mail, postage prepaid, this 18th day of October, 2019, to:

Russell A. King, Esq.
*Attorney for Defendant Prince George's County*
Prince George's County, Maryland Office of Law
Wayne K. Curry Administrative Building
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774

_____/s/_____
Terrell N. Roberts, III